AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DANIEL IRWIN BUCHMANN,

        Petitioner,

        v.

ALICE PAYNE,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-90-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Second Amended Petition is DISMISSED with prejudice as untimely under 28 U.S.C. 2244, for failure to comply with Habeas Rule 2, and for failure to exhaust state court remedies.

.

| | |
|---|---|
| December 15, 2006 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |